EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crime Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-Mail: Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 09 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00573 |
| Plaintiff, | |
| vs. | INFORMATION |
| LAWRENCE J. MARSH, | [18 U.S.C. § 1382] |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

On or about December 07, 2003, in the District of Hawaii, LAWRENCE J. MARSH, Defendant herein, did go upon a United States military reservation, to wit: Naval Station Pearl Harbor Hawaii, for a purpose prohibited by law or lawful regulation.

All in violation of Title 18, United States Code, Section 1382.

DATED: _____DEC 0 9 2003_____, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Matthew J. Rinka_
MATTHEW J. RINKA
Special Assistant U.S. Attorney


UNITED STATES v. LAWRENCE J. MARSH
CR. NO.
INFORMATION